Your Name: KAMAL NARANG
Address: 4040 Malva Terrace, Fremont CA 94536
Phone Number: 510-401-7111
Fax Number:
E-mail Address: Soldbykay@gmail.com
Pro Se Plaintiff

FILED
JAN 20 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DMR

| | |
|---|---|
| KAMAL NARANG, Plaintiff, | CV 23-0307 Case Number [leave blank] |
| vs. | COMPLAINT |
| AMARJIT NARANG, Defendant. | DEMAND FOR JURY TRIAL Yes [X] No [ ] |

## PARTIES

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: KAMAL NARANG

Address: 4040 Malva Terrace, Fremont, CA 94536

Telephone: 510-401-7111

2. Plaintiff is informed and believes that at all times mentioned herein, Defendant AMARJIT NARANG, is an individual. $5,000,000 kv

3. Plaintiff is informed and believes that at all times mentioned herein, Defendant JOHN F. STALEY, is an individual. $10,000,000 kv

4. Plaintiff is informed and believes that at all times mentioned herein, Defendant MARY ELIZABETH GRANT, is an individual. $10,000,000 kv

5. Plaintiff is informed and believes that at all times mentioned herein, Defendant MAIZE KELSEY, is an individual. $ 3,000,000 k

6. Plaintiff is informed and believes that at all times mentioned herein, Defendant SWAPNA ANTHOOR, is an individual. $10,000,000 k

7. Plaintiff is informed and believes that at all times mentioned herein, Defendant MARIA UHL, is an individual. $ 3,000,000 k

8. Plaintiff is informed and believes that at all times mentioned herein, Defendant SUNAINA SABHARWAL, is an individual. $ 5,000,000 k

9. Plaintiff is informed and believes that at all times mentioned herein, Defendant DR. BHUPINDER BHANDARI M.D., is an individual. $ 15,000,000 k

10. Plaintiff is informed and believes that at all times mentioned herein, Defendant, DR. PARDEEP KUMAR, is an individual. $ 5,000,000 k

11. Plaintiff is informed and believes that at all times mentioned herein, Defendant DR. GAUTAM PREEK, is an individual. $ 5,000,000 k

Total $ 71,000,000 kv

12. The true names and capacities of defendants DOES ONE through TWENTY are unknown to plaintiff, and plaintiff will seek leave of court to amend this complaint to allege such names and capacities as soon as they are ascertained.

## VENUE

13. **This court is NOT the proper court because THIS JUDGE IS NOT RULING ON ANY OF MY EMERGENCY Ex Partes. FILED EVEN ABOUTING LOSING OF MY PROEPRTY OR STROKE AND EVEN HEATATTACK ALL IS HIDDEN WITH THE JUDGE AND NOT SHOWING IN THE REGISTER OF ACTIONS**

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name: AMARJIT NARANG

Address: 34304 Larkspur court, Unioncity, CA94587

Telephone: 510-648-6483

Defendant 2:

Name: STALEY Jobson Third Party Lawyer

Address: __________

Telephone: __________

Defendant 3:

Name: __________

Address: __________

Telephone: __________

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☒ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] __________

☐ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## VENUE

*[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]*

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

*[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]*

5. Because this lawsuit arose in Hayward Superior Court 24405 Amador St Hayward, CA 94544 County, it should be assigned to the ____________ Division of this Court. Alameda County

## STATEMENT OF FACTS

*[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]*

It is civil case from Family court as were Turned ~~into~~ FRAUD by 3rd Judge as FRAUD BY a Third Party lawyer at Trial time June 7, 2019 with 5 more lawyers with him and 3 Doctors out of the blue. Trial June 7, 2019 was Stopped

CHANGED By Chatterjee
WHY ???!
Perjury Criminal

20242750

FL-120

Who did this Perjury Chatterjee
Void Pursuant to Court Order
I need my Money 50/50 Not in cascade

| PARTY WITHOUT ATTORNEY OR ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Amarjit S Narang<br>FIRM NAME:<br>STREET ADDRESS: 34304 Larkspur Court<br>CITY: Union City<br>TELEPHONE NO.: 510-648-6483<br>E-MAIL ADDRESS: narangasn@gmail.com<br>ATTORNEY FOR (name): | STATE: CA ZIP CODE: 94587<br>FAX NO.: | FILED<br>ALAMEDA COUNTY<br>AUG 21 2017<br>CLERK OF THE SUPERIOR COURT<br>By Christina Orellana |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 24405 Amador Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Hayward 94544<br>BRANCH NAME: Family Law | | |
| PETITIONER: Kamal Narang<br>RESPONDENT: Amarjit S Narang | | |
| RESPONSE [ ] AND REQUEST FOR [ ] AMENDED<br>[ ] Dissolution (Divorce) of: [ ] Marriage [ ] Domestic Partnership<br>[x] Legal Separation of: [x] Marriage [ ] Domestic Partnership<br>[ ] Nullity of: [ ] Marriage [ ] Domestic Partnership | | CASE NUMBER:<br>HF 17868366 |

Chatterjee to Jail
Changed Dates
Jail for this
My Right Case #
BS Chatterjee in Jail

1. LEGAL RELATIONSHIP *(check all that apply)*:
   a. [x] We are married.
   b. [ ] We are domestic partners and our domestic partnership was established in California.
   c. [ ] We are domestic partners and our domestic partnership was NOT established in California.

2. RESIDENCE REQUIREMENTS *(check all that apply)*:
   a. [x] Petitioner [x] Respondent has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition*. *(For a divorce, at least one person in the legal relationship described in items 1a and 1c must comply with this requirement.)*
   b. [ ] Our domestic partnership was established in California. Neither of us has to be a resident or have a domicile in California to dissolve our partnership here.
   c. [ ] We are the same sex, were married in California, but currently live in a jurisdiction that does not recognize, and will not dissolve, our marriage. This *Petition* is filed in the county where we married.
   Petitioner lives in *(specify)*: Respondent lives in *(specify)*:

3. STATISTICAL FACTS
   a. [x] (1) Date of marriage *(specify)*: June 14, 1965 (2) Date of separation *(specify)*: 4/1/2017
   (3) Time from date of marriage to date of separation *(specify)*: 51 Years 9 Months
   b. [ ] (1) Registration date of domestic partnership with the California Secretary of State or other state equivalent *(specify below)*:
   (2) Date of separation *(specify)*:
   (3) Time from date of registration of domestic partnership to date of separation *(specify)*: Years Months

Garcia Lupe

4. MINOR CHILDREN
   a. [x] There are no minor children.
   b. [ ] The minor children are:

   Child's name Birthdate Age Sex

Perjury by Chatterjee Not my Judge.
stabbing

need my 50/50
7 Properties

   (1) [ ] continued on Attachment 4b. (2) [ ] a child who is not yet born.
   c. If any children were born before the marriage or domestic partnership, the court has the authority to determine those children to be children of the marriage or domestic partnership.
   d. If there are minor children of Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form FL-105) must be attached.
   e. [ ] Petitioner and Respondent signed a voluntary declaration of paternity. A copy [ ] is [ ] is not attached.

Form Adopted for Mandatory Use
Judicial Council of California
FL-120 [Rev. July 1, 2016]

RESPONSE—MARRIAGE/DOMESTIC PARTNERSHIP
(Family Law)

Page 1 of 3
Family Code, § 2020
www.courts.ca.gov

10/30/17

ARREST Chatterjee to Jail
Luke Stabber + Gary 20
clerks + supervisor

HHJ CIVIL FL SUP CRT H
24405 AMADOR ST
HAYWARD, CA 945441205
12.13.2019 15:42:45

DEBIT CARD
DEBIT SALE

| | |
|---|---|
| Card # | XXXXXXXXXXXX1337 |
| Network: | VISA |
| Chip Card: | US DEBIT |
| AID: | A0000000980840 |
| ATC: | 00C6 |
| ARQC: | 15D26DAF255155BB |
| SEQ #: | 12 |
| Batch #: | 271 |
| INVOICE | HF17868366 |
| CLERK | 0716 |
| Approval Code: | 007879 |
| Entry Method: | Chip Read |
| Mode: | Issuer - PIN Bypassed |

SALE AMOUNT $99.00

CUSTOMER COPY

★ Hidden wilt

STROKE Antionique Avist

Dr Japra letter No Ruling

Blind

Superior Court of California
County of Alameda

My Lawyer S. Kapur shocked

Chatterjee No Ruling

: of California, County of Alameda
of Justice
Street
94544

Chatterjee

Receipt Nbr: 743082
Clerk: jsimton
Date: 12/13/2019

Biggest perjury Crime.

| Case Number | Description | Amount |
|---|---|---|
| HF17868366 | Request for Order re: Modification. | $60.00 |
| HF17868366 | 30 Daily Court Reporter Fees Dollar | $30.00 |
| HF17868366 | 18 Photo copy Page(s) Kamal Narang | $9.00 |

"STROKE No Ruling "Criminal

| | |
|---|---|
| Amount Due: | $99.00 |
| Prior Payment: | |
| Current Payment: | $99.00 |
| Balance Due: | $.00 |
| Overage: | |
| Excess Fee: | |
| Change: | |

Chetterjee ★ hidden

hidden by Judge Clerk

★ CHATTERJEE

Avist ★ over my dead body

Culprit

Perjury

NEVER RULED

| | |
|---|---|
| Payment Method: | |
| Cash: | |
| Check: | |
| Credit Card: | $99.00 |

★ on Dealth Life

No heary I had stroke NEVER

Got stroke 10 a.m

★ STROKE

in Court

one day Before

Went heart Dr

fake trial

and still Exparte

on Dec 16, 2019

filed to Stop

Hidden by Chatterjee

Trial on Dec 16

Antionique Avist BUT No hiding Expart

BS

MF17868366 Chatterjee i-Jail taking my life

1 Chatterjee Perjury 50 M

2. Plaintiff is informed and believes that at all times mentioned herein, Defendant AMARJIT NARANG, is an individual. $5,000,000

3. Plaintiff is informed and believes that at all times mentioned herein, Defendant JOHN F. STALEY, is an individual. $10,000,000

4. Plaintiff is informed and believes that at all times mentioned herein, Defendant MARY ELIZABETH GRANT, is an individual. $10,000,000

5. Plaintiff is informed and believes that at all times mentioned herein, Defendant MAIZE KELSEY, is an individual. $ 3,000,000

6. Plaintiff is informed and believes that at all times mentioned herein, Defendant SWAPNA ANTHOOR, is an individual. $10,000,000

7. Plaintiff is informed and believes that at all times mentioned herein, Defendant MARIA UHL, is an individual. $ 3,000,000

8. Plaintiff is informed and believes that at all times mentioned herein, Defendant SUNAINA SABHARWAL, is an individual. $ 5,000,000

9. Plaintiff is informed and believes that at all times mentioned herein, Defendant DR. BHUPINDER BHANDARI M.D., is an individual. $ 15,000,000

10. Plaintiff is informed and believes that at all times mentioned herein, Defendant, DR. PARDEEP KUMAR, is an individual. $ 5,000,000

11. Plaintiff is informed and believes that at all times mentioned herein, Defendant DR. GAUTAM PREEK, is an individual. $ 5,000,000

Total $ 71,000,000

12. The true names and capacities of defendants DOES ONE through TWENTY are unknown to plaintiff, and plaintiff will seek leave of court to amend this complaint to allege such names and capacities as soon as they are ascertained.

## VENUE

13. **This court is NOT the proper court because THIS JUDGE IS NOT RULING ON ANY OF MY EMERGENCY Ex Partes. FILED EVEN ABOUTING LOSING OF MY PROEPRTY OR STROKE AND EVEN HEATATTACK ALL IS HIDDEN WITH THE JUDGE AND NOT SHOWING IN THE REGISTER OF ACTIONS**

ALL Register of Actions WRONG

Chocked me to death Jail to

Finke changed

NO Ruling on Expartes

Chatterjee off my Cases

6.16.2022 Crooked Judge 1

8.23.2022 But never heard

Why Hearing dates Minutes without hearing ?

Perjury Filed But Never HEARD

22029016

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

| | | |
|---|---|---|
| ☐ Berkeley Courthouse<br>2120 Martin Luther King Jr Way<br>Berkeley, CA 94704 | ☐ Fremont Hall of Justice<br>39439 Paseo Padre Parkway<br>Fremont, CA 94538 | ☐ Gale/Schenone Hall of Justice<br>5672 Stoneridge Drive<br>Pleasanton, CA 94588 |
| ☐ George E. McDonald Hall of Justice<br>2233 Shoreline Drive<br>Alameda, CA 94501 | ☒ Hayward Hall of Justice<br>24405 Amador Street<br>Hayward, CA 94544 | ☐ Rene C. Davidson Courthouse<br>1225 Fallon Street<br>Oakland, CA 94612 |

WRONG

CASE TITLE: Narang vs Narang CASE NUMBER: HF17858281

FILED ALAMEDA COUNTY FEB 7 2022 CLERK OF THE SUPERIOR COURT By [signature] Deputy

The enclosed document(s) ____________ has/have not been processed and is/are being returned for the following reason(s):

**Case Number:** ☐ Not provided ☐ Incorrect ☐ Does match the Court's records

☐ Incomplete case title ☐ Document not signed/dated ☐ Incorrect county/court

☐ Fee of $ ______ is required ☐ Check not signed ☐ Stale dated check

☐ Summons cannot be issued unless the name(s) of the Plaintiff(s) and Defendant(s), including all "Does" appear EXACTLY as they appear on the Complaint/Petition.

Avist Antionque Avist No Ruling

☐ Stipulation/Ex Parte Application must include a Proposed Order as a separate document.

☐ Proof of Service is incomplete ____________

perjury chettey FRAUD Chatterjee

Finke

☐ Judgment Debtors/Creditors names must be identical to the judgment.

Mintes without hearing

☐ The following information is missing: 2022

8.23.2022 Wasted all 2022

☒ Other: I am returning to you the correspondence sent to Comm. Bishay dated Jan. 26, 2022. I am a[lso] sending a copy to the other side in this case. The ethical and legal rules governing judicial proceedings prev[ent] the Commissioner from corresponding with you separately about the case. You are encouraged to discuss t[his] matter with an attorney. If you wish to have the Court consider this matter, you (or an attorney) should fil[e a] formal motion and set the case for hearing. You will then be required to give notice to the other party or part[ies] involved so they can participate in the hearing. If this letter is for information purposes to be placed in yo[ur] file, then it is to be in the proper format to be filed (i.e., a declaration).

LIED JUDGE Chatterjee

Date: 2/07/2022 EXECUTIVE OFFICER/CLERK

Verified by: [signature] (Supervisor) By: ____________ Deputy Clerk

100% PerJury No hearing on 8.23.2022 / 1 / 2022

ALA CV-Reject
Rev. April 2009

Case was married 50/50 legel separation marriage 52 years Judge GARCia LUPE All was good

Garcia's orders are attached.

Respondent didnt show up for one year Fake False Dr Notes from his Friend Dr. Bhupinder Bhonadri

NO Court orders were Complied

I am on death Bed Judge Chatterjee

All register of Action WRong. Changed by fake

No hearing + why Minutes.

Put chatterjee in Jail –

Not my Case HF17858281 Fraud

only HF 17868366

My J. Garcia Lupe

//

//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

**CLAIMS**

**First Claim**

*(Name the law or right violated:* ________________________________)

*(Name the defendants who violated it:* ________________________________)

*[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]*

____. ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____. ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____. ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____. ____________________________________________

____________________________________________

____________________________________________

____________________________________________

____. ____________________________________________

____________________________________________

____________________________________________

____________________________________________

//

_______________ **Claim**

(*Name the law or right violated:* ______________________________)

(*Name the defendants who violated it:* ______________________________)

____. ______________________________

____. ______________________________

____. ______________________________

____. ______________________________

____. ______________________________

____. ______________________________

**DEMAND FOR RELIEF**

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

____. ____________________

**DEMAND FOR JURY TRIAL**

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☒ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: Dec 11, 2022 Sign Name: Kamal Narang

Print Name: KAMAL NARANG

- 8 -

*[Copy this page and insert it where you need additional space.]*

____. ______________________________

____. ______________________________

____. ______________________________

____. ______________________________

____. ______________________________

COMPLAINT
PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*