

22984097

# FILED
## ALAMEDA COUNTY

APR 21 2022

Exec. Off./Clerk

By _____

SUNITA KAPOOR, LL.M (SBN #154186)
LAW OFFICES OF SUNITA KAPOOR
4115 Blackhawk Plaza Circle, Suite 100
Danville, CA 94506
Telephone: (925) 351-6789
Facsimile: (925) 309-4569

Attorney for Petitioner, Kamal Narang

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF ALAMEDA

KAMAL NARANG

      Petitioner

      v.

AMARJIT NARANG

      Respondent

Case No. ~~RG18908098~~ HF17858281 GA

**PETITIONER, KAMAL NARANG'S NOTICE OF INTENTION TO MOVE FOR A NEW TRIAL AND CONCURRENT ALTERNATIVE REMEDIES TO VACATE THE JUDGMENT AND SET THE MATTER FOR A MEDIATION OR FURTHER SETTLEMENT CONFERENCE**

PLEASE TAKE NOTICE that the Petitioner, Kamal Narang ("Petitioner"), by and through her counsel of record, hereby gives notice pursuant to California Code of Civil Procedure Section 659 of her intention to move this Court for an Order setting aside the Notice of Entry of Judgment filed on 12/24/2019, amended on 3/04/2020 and granting a new trial on the following grounds:

    1. Irregularity in the proceedings of the court, jury or adverse party, or any order of the court or abuse of discretion by which either party was prevented from having a fair trial (CCP 657(1));

    2. Accident or surprise, which ordinary prudence could not have guarded against. (CCP 657(3));

2) Iam v v sick ON DEATHBED  NEED MY MONEY NOW NOT FROM STABBER CHATTER CHATTERJEE WHO IS BENT ON TAKING MY LIFE  PLEASE SAVE ME

3)

4) Wrong case # WRONG TRIAL WITHOUT ME , AS I HAD STROKE ON DEC 13, EXPERTE I WAS NOT RULED AND  HIDDEN WITH JUDGE BY MS ANTIONIQUE AVIST WHO PULLED APARAT , FL 303 FL305  HIDDEN UNDER DIFFERENT COVES

5) WHATEVER I FILE  GOES TO 517 TO CHATTERJEE BY HIS CLERK MS ANTIONIQUE AVIST AND MICHELL NOW AND ROSA  THESE  3 WEEKS GAMES PLAYING  NEVER LET GO TO JUDGE PULIDO AGAIN  LIED TO ME ROSA AND MICHELL   TOLD ME THOSE ARE WITH JUDGE PULIDOTO REVIEW  I TOLD THEM NO THAT IS NOT TRUE AT ALL U ARE LYING  TO ME JDUGE PULIDO DOES  NOT KEEP WITH HIM EXPARTES FOR 2 WEEKS  HE SENDS BACK RIGHT AWAY WITH HIS HEARING DATES   NOT LIAR LIKE CHATERJEE NOT LIGFE TAKING  PERJURY

6) Court did not Rule my EXPARTES

7) ,NEVER GAVE ME COPIES  All hidden by Judge 's private clerks and supervisors to CHANGE ALL FILING DATES . REGISTER OF ACTIONS  MISSING OF MY 8 EXPARTES ARE NOT IN REGISTER OF ACTIONS

8)  CHANGED

9)

WHAT AFTER 8.23.2022  DID NOT GET ANY DATE OF SETTLEMENT

SINCERELY

KAMALNARANG

NOV ·30· 2022

-1-



Superior Court of California, County of Alameda          Receipt Nbr: 742616
Hayward Hall of Justice                                  Clerk: gpacheco
24405 Amador Street                                      Date: 12/11/2019
Hayward, CA  94544

| Type | Case Number | Description | Amount |
|------|-------------|-------------|--------|
| Filing | HF17868366 | Request for Order re: Modification. | $60.00 |

```
          Total Amount Due:      $60.00
          Prior Payment:
          Current Payment:       $60.00
          Balance Due:           $.00
          Overage:
          Excess Fee:
          Change:

Payment Method:
          Cash:
          Check:
          Credit Card:           $60.00
```

:11 AM  FROM: Staples          TO: +15102671544   P.  3

FL-306

| PETITIONER/PLAINTIFF: | KAMAL    NARANG | CASE NUMBER: |
|---|---|---|
| RESPONDENT/DEFENDANT: | AMARJIT   NARANG | HF17858284 /HF |
| OTHER PARENT/PARTY: | | 17868366 |

**SPECIAL PROCEDURES MAY APPLY**

The procedures in items 8 and 9 apply only if the documents in item 2 were served on the parties.

8. Unless the court determines that there are exceptional circumstances, the other parties must first be

   a. notified that you are going to ask the court to reschedule the hearing; and

   b. served with copies of the request to reschedule at the first reasonable opportunity.

9. You must then submit to the court a proof of the notice and service in items 8a and 8b, along with the request to reschedule. You may use *Declaration Regarding Notice and Service of Request for Temporary Emergency (Ex Parte) Orders* (form FL-303) to comply with the proof of notice and service.  Email has been sent

10. You should submit the documents in item 9 to the court no later than five court days before the hearing date set on the *Request for Order* (form FL-300), order to show cause, or other moving paper, unless you have a very good reason to submit them later.

**PROPOSED ORDER REQUIRED**

11. I have submitted a proposed *Order on Request to Reschedule Hearing* (form FL-309).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/13/2020

KAMAL NARANG
(TYPE OR PRINT NAME)

▶ _Kaml Narng_
SIGNATURE

AUG 25 2020

Date:

Granted /signature

**DENIED**

Denied /signature

PLEASE
I CANNOT EVEN GET UP
HURT  HURT-
I AM human living  makin
die
Money

FL-306 [July 1, 2020]

1

1

2

3

4              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

5                   IN AND FOR THE COUNTY OF ALAMEDA

6            BEFORE THE HONORABLE CLIFFORD T. BLAKELY, JUDGE

7                        DEPARTMENT NO. 513

8                            ---000---

9

10   KAMAL NARANG,

11          Petitioner,              NO. HF17868366

12      vs.

13   AMARJIT NARANG,

14          Respondent.
                                    /
15   _____

16   **REPORTER'S TRANSCRIPT OF REMOTE BLUE JEANS PROCEEDINGS**

17                   HAYWARD HALL OF JUSTICE
                     Hayward, California
18
                     DECEMBER 11, 2019
19

20

21

22          **PURSUANT TO GOVERNMENT CODE 69954(d)**

23   *Any court, party, or person who has purchased a transcript*

24   *may, without paying a further fee to the reporter, reproduce*

25   *a copy or portion thereof as an exhibit pursuant to court*

26   *order or rule, or for internal use, but shall not otherwise*

27   *provide or sell a copy or copies to any other party or*

28   *person.*

```
 1                          ---o0o---

 2

 3    APPEARANCES:

 4

 5

 6    For the Respondent:            MARY ELIZABETH GRANT
                                     Attorney at Law
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

```
 1    WEDNESDAY, DECEMBER 11, 2019          MORNING SESSION
 2                        PROCEEDINGS
 3                        ---oOo---
 4
 5        THE COURT:  Let's go on the record in the Narang vs.
 6    Narang matter.
 7        MS. GRANT:  Good morning, Your Honor.  Mary Elizabeth
 8    Grant appearing for Respondent, Amarjit Narang, who is
 9    present.
10        THE COURT:  All right.  Kamal Narang, the petitioner,
11    is not present.
12        We had an off-the-record discussion.  We don't believe
13    that she will be present because there is a trial -- a
14    long-cause trial scheduled in Department 503 for
15    December 16th, 17th, and 18th.  The Court will order that
16    the RFO that is on for adjudication today, and I believe
17    that's to be the October 25th RFO filed by petitioner, be
18    continued to December 16th in Department 503.
19        MS. GRANT:  Your Honor, when I looked at the register
20    of actions, it looks like there's two matters scheduled for
21    today.  So I wasn't served with those, unless one of them
22    was -- we were served with one on November 14th that said
23    objection, with a long list of objections, and I don't know
24    what the issue was.
25        THE COURT:  I will order that any RFO that's pending
26    adjudication today will be transferred to Department 503 for
27    that trial date on December 16th.
28        In addition, there is an RFO scheduled or December 16th
```

```
 1    in this department.
 2         MS. GRANT:  That's December 30th.
 3         THE COURT:  30th, thank you.
 4         MS. GRANT:  Yes.
 5         THE COURT:  We'll vacate that date.
 6         And, apparently, that matter is to be heard on
 7    December 16th.
 8         MS. GRANT:  Yes.  Correct, Your Honor.
 9         THE COURT:  In Department 503.
10         All right, anything further?
11         MS. GRANT:  That's it, Your Honor.
12         THE COURT:  All right, thank you.
13         MS. GRANT:  Thank you.  Have a great day.
14         THE COURT:  You too, Ma'am.
15         MS. GRANT:  Happy holidays.
16         THE COURT:  You too.
17
18                          ---o0o---
19
20
21
22
23
24
25
26
27
28
```

1

2 **CERTIFICATE OF REPORTER**

3

4      I, KRIS A. CASE, Certified Shorthand Reporter, do

5 hereby certify that I am a Court Reporter of the State of

6 California, and that, as such, I reported the proceedings

7 had in the above-entitled matter at the time and place set

8 forth herein.

9

10      I further certify that my stenographic notes were

11 thereafter prepared by computer-aided transcription into

12 typewriting, and constitutes a full, true, and correct

13 transcription of said notes in the above-entitled

14 proceedings to the best of my ability.

15

16      Dated this 11th day of December, 2019.

17

18

19

20      _____

21           KRIS A. CASE CSR #13142

22

23

24

25

26

27

28

KRIS A. CASE, CSR 13142

1  SUNITA KAPOOR, LL.M (SBN #154186)
2  LAW OFFICES OF SUNITA KAPOOR
3  4115 Blackhawk Plaza Circle, Suite 100
   Danville, CA 94506
4  Telephone: (925) 351-6789
5  Facsimile: (925) 309-4569
6
7  Attorney for Petitioner Kamal Narang
8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                        FOR THE COUNTY OF ALAMEDA
10
11 KAMAL NARANG                          Case #'s: HF17858281
12        Petitioner                        & HF17868366
13
            v.
14                                       PETITIONER KAMAL NARANG'S REQUEST
                                         FOR JUDICIAL NOTICE IN SUPPORT OF HER
15 AMARJIT NARANG                        MOTION FOR A NEW TRIAL; TO VACATE THE
                                         FINAL ORDER OF THE COURT AND NOTICE
16        Respondent                     OF ENTRY OF JUDGMENT OR
                                         ALTERNATIVELY, TO SET THE MATTER FOR
17                                       A FURTHER SETTLEMENT CONFERENCE OR
                                         MEDIATION
18
19
20 Petitioner Kamal Narang ("Petitioner") respectfully submits the following Request for
21
22 Judicial Notice, pursuant to Cal. Evid. Code §§452 and 453, and respectfully requests
23 that the Court take judicial notice of the attached documents in support of her Motion
24
25 for new Trial; to vacate the final order of the Court and Notice of Entry of Judgment or
26 alternatively, to set the matter for a further settlement conference or mediation.
27
28

                                            1

ENDORSED
FILED
ALAMEDA COUNTY

MAY 1 0 2022

CLERK OF THE SUPERIOR COURT
By _____ ROSA MARIN
                              Deputy

## STANDARD OF REVIEW

California Evidence Code § 452 provides in relevant part that judicial notice may be taken of: "(d) Records of (1) any court of this state or (2) and court of record of the United States or of any state of the United States; (h) Facts and propositions that are not reasonably subject to dispute and are capable of immediate and accurate determination by resort to sources of reasonably indisputable accuracy."

## REQUESTS FOR JUDICIAL NOTICE

These requests for judicial notice are being made pursuant to the Courts authority to take notice of records of this Court pursuant to California Evidence Code §452(d), The Court is asked to take judicial notice of the following documents:

**Exhibit 1**- Judgment of separation and related documents issued by the State of New York Supreme Court.

**Exhibit 2**- Register of actions in case number's HF17868366 & HF17858281.

**Exhibit 3**- Grant deeds for properties in California.

**Exhibit 4**- Amended Response- Marriage/Domestic Partnership and related documents by Respondent.

**Exhibit 5**- All Trial Transcripts

**Exhibit 6**- Some of the income and expense declarations of both Petitioner and Respondent

2

**Exhibit 7**- Receipts received for payments made by Petitioner for some of her expartes.

**Exhibit 8**- Expartes that Petitioner has submitted to the Court clerk's window that do not appear to be in the system.

**Exhibit 9**- Expartes filed with the Court which were either not ruled upon or summarily denied without Court hearing.

**Exhibit 10**- Witness list and their proposed testimony as well as the Exhibit list.

**Exhibit 11**- Exparte application and related documents in Support of Exparte Request for Order to Vacate Trial or Alternatively Continue Trial Date filed on May 31, 2019 by Respondent's Attorney, Ms. Anthoor and objections to her exparte application to vacate trial filed by Petitioner's attorney.

**Exhibit 12**- Notice of intent to seek sanctions pursuant to FC 271 and Section 1101 and related documents filed by Petitioner through Counsel.

**Exhibit 13**- Temporary emergency orders requested by Petitioner through Counsel.

**Exhibit 14**- Notices/Letters mailed to Petitioner's former address instead of her current address.

**Exhibit 15**- Letters from Petitioner's Doctors & an explanation of what Sjögrens syndrome is.

**Exhibit 16**- Objections filed on November 13, 2019 by Petitioner as Pro-per

**Exhibit 17**- Trial brief filed on December 3, 2019 as Pro-per.

**Exhibit 18**- Court's findings and order after hearing on February 6, 2018 filed March 16, 2018.

**Exhibit 19**- Copy of a transcript of the hearing on February 6, 2018.

**Exhibit 20**- Court's minute order and transcript dated November 16, 2018.

3

**Exhibit 21**- Court's minutes and findings and order after hearing dated April 25, 2018.

**Exhibit 22**- Copy of a transcript of the hearing on April 25, 2018.

**Exhibit 23**- Copy of the Court's minute order and transcript dated December 4, 2018.

**Exhibit 24**- Copy of the Court's minute order dated June 7, 2019.

**Exhibit 25**- Copy of the Court's minute order dated December 11, 2019 and the Transcript of the Court's hearing on December 11, 2019.

**Exhibit 26**- Email exchanges between Kathy Sweatt and Petitioner.

**Exhibit 27**- Copy of late Filing on August 26, 2020 of my request for a continuance.

**Exhibit 28**- Copy of the Court's minute order, as well as the Transcript received on April 7, 2021.

Dated: May 6, 2022

Suntia Kapoor
Attorney for Petitioner
Kamal Narang

4

PETITIONER KAMAL NARANG'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR A NEW TRIAL; TO VACATE THE
FINAL ORDER OF THE COURT AND NOTICE OF ENTRY OF JUDGMENT OR ALTERNATIVELY TO SET THE MATTER FOR A FURTHER

 Gmail

Kamal Narang <soldbykay@gmail.com>

---

**stabbing to sick in hospital Fraud by Judge also sent email to Anthoor sapni**

**Kamal Narang** <soldbykay@gmail.com>
To: "Dept. 504, Superior Court" <dept504@alameda.courts.ca.gov>

Fri, Apr 29, 2022 at 12:58 AM

STABBING ME BIGGEST STABBING  JUDGE CHATTERJEE AND KATHY SWEATT  HIDING MY 18 PAGES FAX
RECEIVED BY WINDOW CLERK SUPERVISOR  A 9 MONTHS WAITED  JUDGE CHATTERJEE  LEFT ME
BLEEDING  GIT AND RUN PUT ME IN THE DEADLY CASCADE  TO DIE  HTT ME SO SOSHARD  MURDER ME

NOV 27, .2019  EXPARTED FILED  FOR THE SALE CL●SE OF MY PROPERTY  BALDWIN ST ,HAYWARD  CA
WAS NEXT DAY ON NOV28,, BUYERS WERE READY TO MOVE IN   V V SHOCKING JUDGE DENIED    WHAT
A SHAME   , LIES LIES WHAT  LIAR JUDGE  SECRET HIDDING ALL FROM ME  THEN FAKE TRIAL ON DEC
16,17 18 19 20 AND  DEC 13 I GOT SEVERE  CHEST PAIN ON DEC 13, 2019  I WAS FILING  WITH  THE
WINDOW CLERK  SHOOTING PAIN  AND WAS TAKEN TO HEART DR OFFICE  DR JAPRA  NEXT TO
WAHINGTON HOSPITAL  GOT STROKE AND 3 MORE HEART TESTS NEEDED   AND DEC 14 ALL DAY IN THE
HOSPITAL  DR JAPRA 'S LETTER  CANNOT GO TO

NOW I CAME TO KNOW THAT JUDGE

---------- Forwarded message ---------
From: **Kamal Narang** <soldbykay@gmail.com>
Date: Thu, Aug 20, 2020 at 5:09 PM
Subject: stabbing to sick in hospital Fraud by Judge also sent email to Anthoor sapni
To: Dept. 503, Superior Court <dept503@alameda.courts.ca.gov>, <dept504@alamedia.courts.ca.gov>, Maria Uhl
<Maria@anthoorlawgroup.com>

[Quoted text hidden]

---

 **Declaration-9.18.2020.odt**
53K

Kamal Narang

4040Malva Terrace

Fremont , ca , 94536

5104017111

11/15/2022



TO  Honorable Judge Smiley,


I am Kamal Narang  ,  Please  I am on DEATH BED DUE TO JUDGE CHATTERJEE  PERJURIES AND WRONG FINAL ORDERS AND FRAUD BY NINE AND WENT OVER JUDGE GARICA LUPE ORDERS  AND CASE # IS ONLY ONE HF17868366 WHY TAKING 3 YEAR S AND EXPARTES NOT RULED AND PUT ASIDE AND I THOUGHT THEY ARE GOING TO FIX NOW FEB 8,2022  TO FILE MOTION THEN  WHAT

I HAVE SENT U NOTRIZED LETTERS  UNDER OATH IAM THE TRUTH  AND LET ME HAVE MY 50/50 U ARE WRIITNG LETTERS IN FAVOR OF PERJURY TO PUT ME OFF MY LIFE TAKING UR LETTERS ALLFALSE I HAVE TOLD U NOT MY CASE HF17858281

HITLAR PERJUR  JUDGE NO COPIES OF EXPARTESES WHY IS HE HIDDING ,DID NOT RULE , DID NOT LET FIANLISE MY CASE IN APRIL BY JUDGE  PULIDO AND

WHY IN THE REGISTER OF ACTION TAKEN OUT

WHY MY EXAPRTES FROM  6.16.2022  TO 8.23.2022 FILE D FOR JUDGE PULIDO DEPT 503 WERE NOT SENT TO HIM BUT

TO JUDGE CHATTER JEE WHEN NOT ADDRESSED TO HIM  AS HE HAS PUT ME IN HIS CASCADE  FOR HIS PERJURIES I DID NOT WANT TO BE HEARD BY HIM AND DATE WS 8.23.2022  SO   DATE CAME NEVER HEARD HOW COME OFF THE CALANDER AND REGISETREOF ACTIONWITH FALSE  PERJURY  AND MINUTES LIKE THIS HE HAS DONE ON DEC 13 , 2019  WHENI HAD STROKE AND AUGUST 19,2020  DID NOT LET THE CLERK  STAMP WHEN MS JOYCE WAS TALKING TO ME


I NEED MY CASE  ON TRIAL ON TRIAL  AS MY ORIGINAL CASE   HF17868366 JUDGE GARCIAL ONLY  NOT THIS JDUGE    WHO HAS PUT ME TO LIVING DEATH WITH FAKE FALSE CASE # AND AND FASLE WRONG FINALORDERS NEEDS TO BE FIXED RIGHT AWAY BY JUDGE PULIDO ASAPONLY ONE CASE BEFORE THIRD PARTY FRAUD OF FAKE EXPARTE TO STOP THE TRIAL ON JUNE 7,2019   ALL THIS FROM MY 29TO DEC 24, 2019 IS ALL PERJURY BY 9 OF THEM + CHATTERJEE


DON'T TAKE MY LIFE WHY CANNOTCOME TO HAYWARD COURT AND FILE

CHATTERJEE 'S ASSIGNED CLERKS TO MAKE CHANGES  SHOULD NOT BE ALLOWED TO TOUCH CHANGE MY EXPRETES AND PUT ASIDE NOT SENT TO JUDGE PULIDO  WHY ????

HOW CAN I FILE AND COME TO THE COURT  I HAVE SENT U THE COPY OF FAKE RESTRINING ORDES TO WASTE MY TIME DELAYED ONE MORE YEAR TO WAIE TIL I DIE  BY CHATTERJEE  WHY ??????/

MY LAWYER MS KAPOOR TRIED AND HELPED ME ALL 1100 PAGES FILED ON MAY 10,2022 WHY NOT HEARD SETTLED TRIAL OR NO TRIAL  BUT NEED MY50/50/  7 PROPERTIES AND PUNISHMENT TO THOSE FRAUDERS WHO OWE ME A LOT TO MISLEAD THIS JUDGEW WHO IS SLAVE TO STALEY AND DOES NOT UNDERSTAND ABC OF MY CASE HE CANNOT DEPEND ON STALIEY

I HAVE SEVERE   EMERGENCY IN HOSPITAL U ARE NOT PAYING ATTENTION LEFT ME TO DIE  WHY WHY  WHY WHY ??????????????

CHATTERJEE IS NOT FIT FOR MY CASE  I WILL SEND ALL TO SUPREME COURT IN SF AND WASHINGOTON DC CANNOT AND WILLNOT TAKE ANY MORE DO U UNDERSTAND

NO RULINING OF EXAPRTES NOVE 27, DEC 11 DEC 13 DEC 16, 17, 18 ,191,20 2019   SAYS TRIAL BUT NOT MYEXAPRTES AND STROKE  AND  DEC 23, DEC 27 ,28 ,JAN 02 ,2020 JAN O5  , 7,9 , 11 AND AUGUST 2020 BIGGEST 18PAGES MOTION AND DOCTRS IN HOSPITAL FOR 8 MONTHS 5 TIMES STROKE NO HEARING NO RULING OVER MY DEAD BODY AND WRONG FIANL ORDERS AND MINUTES ON AUGUST 19  CHANGED ALL REGISTER OF ACTIONAND FILING DATES CHANGED  BY HIS CLERKS AND SENT TO WRONG ADDRESS BY MR FINKE AND MD SWEATT  NEVER GAVE COPIES TO ME OR MY LAWYER FEB 2022TOAUGUST 2022  JUDGE DID NOT RULE AND HIDDEN BY MS AVIST  .

PLEASE DON'T TAKE MY LIFE MY FEW MINUTES ARE LEFT ALL TAKEN BY YOU ALSO NO TIME FOR ME MY GRAVEL HEALTH  ,

ASAP HELPIS NEEDED WITH JUDGE PULIDO OR JUDGE BISHAY NOT ANYONE ELSE , AND THERE ARE WAYS TO GET ME JUSTICE AND SAVE MY LIFE ON TIME ALL DOCTORS ARE RELLY SHOCKED  WHY JDUE IS DOING THIS NOONE ELSE CAN DO ??????????OR GET HIM OUT

I AM SENDING UR 4 LETTERS ALLIS FALSE PERJURY WRITTEN  COULD NEVER BELIEVE  YOU WILL NOT HELP ASAP TO REMOVE THIS JUDGE BIASED EGOIST PERJURY HEAD TO TOE  WRONG REGISTEROF ACTIONS MADE I HAVE ALLTHE TRUTH WITH ME . TIL MAY 28 ,2019 HE WAS OK DR BHANDARI HAS BEEN CAUGHT BY FBI FOR $115 FRAUD  WHO GAVE FALSE DR LETTERS AND HOSPITAL ADDMISSION ON JUNE 2 ,HE WAS NOT SICK .

HOW COME CALLING SINCE MORING 510 690 2700  3 TIMES SERGEAMT  HAIR V MEAN TO ME YESTERDAY DID NOT LET ME ENTER THE COURTROOM TO FILE I HAD MADE APPT ON THURSDAYKEEPS GIVING ME WRONG PHONE TO CALL 510 272 6906  AND STILL  NO PHONE TO CALL ELDERLY ABUSE BY ALL. I AM 100% TRUTH ALLMY LIFE CANNOT STAND LIES PERJURY BY JUDGE AND HIS CLERKS .

WAM REGARDS:

SINCERELY ,

KAMAL NARANG

5104017111

 **Gmail**

Kamal Narang <soldbykay@gmail.com>

## stabbing to sick in hospital Fraud by Judge also sent email to Anthoor sapni
4 messages

**Kamal Narang** <soldbykay@gmail.com>                                                Thu, Aug 20, 2020 at 5:09 PM
To: "Dept. 503, Superior Court" <dept503@alameda.courts.ca.gov>, dept504@alamedia.courts.ca.gov, Maria Uhl <Maria@anthoorlawgroup.com>

I am v v sick where is my 18 pages 8 doctors hospitals shame hidding my fax  Court and Anthoor  Paul Mana fort
evil hidding all  showing  fake things to Judge  and Judge let her no NO NO NO NO WAY never  GOD is watching
you all  Judge too  who is with criminals  who are at large   taking my money  my  health in danger gravel due to
PLOTTING  and look
FRaud  Dr Indian team  to take my life says v v  easy to fool court judges just give  dr note
FBI arrested him $115 million dont u see  Judge what u re doing to a 76 years old lady my case ws going ail
staight Judge Garcia was going to finish in March 2019 not  buying for his FRAUD DR NOTES SITTING HOME

money laundring
took my $1 M  15 months made me so so so sick  no place to live shower
what a Judgment  i have no room no shower no money eat walls    Put this Amarjit Trump in  with Bhandri and
Staley  why false figures  why did not go TRUTH WAY  why
Learn from Judge Garica  Learn from NY judges  how smart wise  helpful  protecting ladies from  Indian men
abusers   Liars  Money not wife  55 years sacrifice marriage  MARRIAGE HOW U CAN SAY NOT MARRIED
ROOMATE because  LIAR CRIMINAL STALEY SAY SO  and dr Bhandri GREEDY  man  JOINED STALEY FOR $1
milloon how sick made me  shame shame shame do some  Justice  GOD IS WACHING WILL MAKE U  CRIPPLE
ALL OF YOU  UR KIDS  CRIPPLE  NO HAND FEET  LEGS  EYES  U WILL SEE  NO TOUNGE  ARE U INSANE
how to send jail  first of all Anthoor who came in the case after one year and right away FRAUD FRAUD  we will not
comply with any court orders Amarjit Trump  Rajinder Narang ma sotton Neelam narang  corporation  Judge dont
see  how come not comply with Court Judge Garcia  orders  no accouning  how come which kind judge u are afraid of
5 liar Fraud Criminals  300 pages on May 25,2019  right Trial time on June ,2019 should be thrown  on her DIRTY
EVIL FACE  who plotted  Third party Mr staley   Steve Bannon   indicted   Put staley in Jail right away who joined to
Poison  mislead  LIARS  which kind Judge who did not punish  2 years sick lady  no punishment shame shame
False false  then May25  2019 again
THAT WAS THE END OF MY CASE  THROW  ALL 300 PAGES  WHO MADE IN BIG MACHINE TO FOOL  JUDGE
NIXON  KEEPING THE 84 OLD AT HOME  TELLING OTHER FRIENDS LAWYERS  WE ARE NOT GOING TO
COURT FOR TRIAL   KEEP THAT SHIT 300 PAGES TO FOOL JUDGE NIXON AND JUDGE CHATTERJEE NOT
ME NOT GOD
GOD IS WATCHING U GREEY CRIMINALS

GUILTY ON ALL COUNTS GUILTY  TEACHING HER DAUGHTER AND MYSONS  ALL DIRTY CRIMINALS ACTS
GET RESTAINING ORDERS  DAMN U
BROKE FAMILY

HOW UCAN UTTER A  WORD  WE RECONCILED IN MONTHS LIVED TOGETHER IN  2005, 2006 2007 ONLY

PUTTING ALL GARBAGE IN JUDGE'S HEAD JUST FOR RULING  IN FAVOR  SHAME ON YOU  RED MIRCHI
POISON  LOOK AT ANOTHER
GRANT  ALL NONSENSE IS 100% FALSEWHATEVER IS FILED ON MAY25 ,2019 AND AFTER
THAT IS NOT MY CASE  THAT WAS TRAINING BY DIRTY DEVIL  CRIMINAL  LAWYER WHO WAS NOT
SUPPOSED TO BE INTHE COURT ROOM EVEN  ONLY FOR TWO PROPERITES WITH  NEPHEW

NOT BOSS OF SUPERIORCOURT
NON OF HIS BUSINESS  TO  INTERFERE ME ABUSE ME STOP ME WHEN TALKING TO JUDGE
UNINVITEDLY MR NARANG  I HAVE PLAN PLOTTING

YOU HAVE TO STOP THE TRIAL
AMARJIT WAS NOT SICK
SHOW THE RECORDS NOW   CHEATER

U INSULTED  20 TIMES LIED TO MR DENNIS  NEVER NO DEPOSITION  ALAWYS  LIES INFRONT OF JUDGE
ABOUT ME AND HIM

# M Gmail

**Kamal Narang <soldbykay@gmail.com>**

## I went for URGENT HELP LIFE AND DEATH AND NOTHING HAPPENING HERE JUDGE PULIDO KNOWS MY CASE WAS GOING TO DO IN 503 V V MEAN HIDDIGN HIS OWN NOT RULED 8 OR MORE EXPARTES NO IMAGES NO COPY ALL 4 COPIES NO RULED ALL SUPERVISORS AND CLERKS NOW V V UPSET WHY JDUGE DID THIS NO COPIES TO ME MY LAWYER MS KAPOOR AND I AM GRAVEL SICK FOR 3 YEARS BLEEDING AND PULIIDO GAVE TO SOT O ON JNUE 6,16,2022 AND AGAIN GULITY CULPRIT CRIMINAL ACTS PERJURY BY CHATTRJEE STOPPED SOTO ALSO GET MONEY FOR MY TREATMENTS SURGERIES ON HOLD 5 YEARS ABUSE FROM COURT AFTER YOU WENT WRONG WITH FRAUD ONLY REQUEST WAS TO LET JUDGE PULIDO SETTLE ASAP AS IT WAS BEFORE FRAUDRS ATTACK 50/50

3 messages

**Kamal Narang <soldbykay@gmail.com>**                                      Mon, Aug 29, 2022 at 12:29 AM
To: tnixon@alameda.courts.ca.gov

HONORABLE JUDGE  NIXON , PRESIDING JUDGE FOR CRIMINAL DEPT ,

I AM 100% TRUTH  ALL MY LIFE  I  NEED NOW MY HARD EARNED MONEY TO SAVE MY BODY PARTS   ON TIME FROM THIS CRUEL JDUGE   WHO THOUGHT IAM DEAD  AND NOW ON 8.23. 2022  WASHEARING AND NEVRE GAVE HEARING THAT WAS  AFTER 3 YEARS INCASCADE   FIRST TIME  AND  SAYING IT IS DONE NO WAY GET HIM ARRESTED GIVE ME MY MONEY $2 M  I WENT  WITH TWO PEOPLE HOLDING ME SHOULD HAVE DONE FROM HOME AND  ASSISANT IS SAYING OUT SIDE NOT ON CALANDER TODAY AND MY HUSBAND AND SON WENT HOME BUT WE WERE SITTING OUT TO SEE IF WE CAN GET TRIAL DATE NOW ASAP OR JUST SETTLE WIITH COMMISSIONER BISHAY OR CHATTERJEE OLD SETTEMENT IS OK TO ME MADWE ONSEPT 19 ,2019TO SPEED UP AND SEND THE CHECK  AT HOME AND START SENDING THE RENT MONEY TO ME ASAPNOW MAKE ORDERS  BUT  HE IS SHOWING HE DID THE HEARING  HEARING AFTER  3 YERS TAKES TIME   FIRST  JUDGE HAS TO  GIVE ME MY COPIES OF EACH EXPARTE NOT RULDED AND MIXED OVER MY DEAD BODY  NOTHING FOR ANY JDUGE TO SEE  ALL OUT  OMG OMG LOOK AT THIS JDUGE  TAKING MY LIFE  SINCE DEC 24, 2019 FOR MYOWN MONEY ROBBING  HOW COULD HE GIVE ALL 7 PROPERITES AND TO MY HUSA=BAND AND ME ON THE FLOOR  NO SHOWER  NO MONEY AND FOR 3 YEARS  NEVER HEARD ME
 AGAIN CHATTERJEE  IS TAKING MY LIFE I CANNOT GO TO COURTS   V V GRAVEL SICK AND WHATEVER I FILE  RIGHT AWAY  DENY DENY REJECT DENY WIHOUT HEARING  AS I REQUSETE  JUDGE PULIDO NOT CHATTERJEE AND PULIDO GAVE SOTO FOR JUNE 16,2022  AND CHATTERJEE WOULD NOT LET HER AS HIS CRIMINAL ACTS WILL BEOUT  AGAIN WASTED  2 MONTHS  TOLD HER NO   ONLYHE WILL MAY BE HEISCIVIL NOW NONE OF HIS BUSINESS HOW WHO HAS PUT ME IN CASCADE   WILL  DO JUDTICE FOR ME

  WHILE SITTING AT MY PLACE I WAS GOING TO REQUEST PLEASE REQUEST PRESIDING JUDGE PULIDO TO DO MY CASE AND SETTLE IT ASAP NO MONTHS AND MONTHS TO MOTIONS LIKE CHATTERJEE IS DOING PLAYING GAMES  FOR 3 YEARS PUTTING ME IN HIS CASCADE ALIVE HE THOUGHT I WILL BE DEAD SO NO ONE WILL KNOW HIS CRMINAL PERJURY AND KILLING ME MY DEATH DUE TO HIS WRONG FINAL ORDERS AND MURDER ME  IN THE CASCADE ALIVE ON DEC 24 AND ONE WEEK BEFORE WHEN IHAD STROKE ON DEC 13 , 2019 HIDDING NO RULING STILL

AND NO REGISTER OF ACTION IS SHOWING    FOR NOV 27 , BALDWIN PROERTY TO CLOSE   DEC 13, HEART STROKE  NO RULING  NO RULING   CAN U BELIEVE  4 COPIES HIDDEN BYJUDGE I DID NOT GET BACK TO SERVE  OTHER PARTY NO NOTHING
DEC 11,   BALDWIN CHANGING JUDGE WITHOUT ME MY EXPARTE PRIVATE  MEETING WITH OTHER JUDGE  PROEPRTY GONE   WHAT ????????????STABBING
DEC 16  NO RULING  NOT SHOWING ON REGISTER OF ACTION ONLY TRIAL
DEC 17  NO RULING OF MY EXPARTE  AND NOTHING SHOWING ONLY TRIAL

DEC 18 ,NO RULING OF MY EXPARTE  AND NO REGISTER OF ACTION  IN BOTH CASE # NOTHING HIDDEN WITH JUDGE NO RULING

DEC 19 NO RULING HIDDEN WITH  JUDGE  SAYING TRIAL ONLY ME DEAD    FOR THIS JUDGE MAD JUDGE

10/5/22, 12:54 PM          Gmail - I went for URGENT HELP LIFE AND DEATH AND NOTHING HAPPENING HERE JUDGE PULIDO KNOWS MY C…

**DEC 20   END OF MY CASE   SUBMISSION   BUT WHAT I FILED  NOT THERE  ALL WITH JUDGE    BUT FAKE CASE STILL THERE  AND  SO ALL THIS IS HIDDEN**
**DEC 23 FILED**
**DEC 24 FILED  STAMPED  FINAL ORDERS DEATH ORDERS FOR ME BY BIASED ANGRY MAN  WHO TOOK MY LIFE AND PUT ME ON STROKES  AND HOSP  AND ZERO MONEY   ONE DAY BEFORE WAS FOR 3 YEARS 50/50  ALWAYS  AND MY HUSBAND HAD  NEVER THIS ISSUE   AT  ALL   AS ALWAYS LIVED TOGETHER  EXCEPT ONLY  2 MONTHS  AUGUST 2004 AS ON JANUARY  1ST NEW YEAR DAY MY HUSBAND CALLED FORGET THE SEPARAION I AM GETTING EARLY RETIRMENT  NOW AND LOOK FOR THE HOUSE IN CA AND WE FORGOT  AS I WAS ON  WHEEL CHAIR NOW IN COLD THERE AND HE DID NOT MOVE ALL LIFE WINTER CA AND SUMMER MAY TO OCT  NY   AND HE NEVER MENTIONS THAT SEPARATION EVER  READ JDUGE GARCIA 'S TRANSCRIPT  ON FEB 6 , 2018 AND JUDGE CHATTERJEE 'S ON APRIL 25, 2018  MARRIED ONLY  51 YEARS AND 9 MOTHS THROUGHT**
**DEC 26 FILED  NO RULING  FILED   TODAY GOT IN THE MAIL MORING SAW HIS UGLY FALSE DEATH GIVING  WRONG FINAL ORDERS PER STALEY  WHAT SHOULD I DO  MR STAELY WHAT SHOULD I DO  MS GRANT WHAT SHOULD I DO   ANTHOOR WHAT SHOULD I DO AND  STAELY  OK  UR HONOR HOOK HER UP TO NY     WHO THE HELL IS STAELY  WHO WAS NOT EVEN IN MY CASE JUST CAME FOR  3 DAYS HERE  HE IS SUPREME COURT JUDGE OVER CHATTERJEE TO FOLLOW   SHAME SHAME**

I CRIED  NO NO NONONO FROM 2007 TO 2017   WE LIVED TOGETHER AS HUSBAND AND WIFE  MARRIED ONLY   AND LIVED TOGETHER SINCE 2005 , 2006 ,2007  CA AND  NY  AND HE RETIRED 2007 BUTWE WERE LIVING TOGETHER SUMMER THERE AND WINTER IN CA SINCE 1974
**SECURITY  TAKE HER OUT SHE  CANNOT UTTER A WORD**
**AS IAM NEVER HEARD OR RULED   NO ONE KNOWS  THAT I HAD STROKE ON DEC 13 JUST ONE DAY BEFORE THIS FAKE TRIAL  AND   WENT WITH SOMEONE  WHO WAS HOLDING ME AS WENT FOR  10 MINUTES  AS BOB EDWARDS  WHO MADE   TRIAL BINDER FOR ME COMING FROM  LIVERMORE ONE SATURDAY FOR13 HOURS  WITH HIS ASSISTANT    AND TOLD ME I MUST GO FOR 10 MINUTES  AS THE HEARING FOR BALDWIN WAS ON DEC  16  AS CHEATING WAS DONE  PERJURY WAS DONE ON DEC  11 WE DID N**OT KNOW  AND   BOB LYNN JR EDWARDS   TOLD ME I MUST GO GET TWO ORDERS AND COME BACK  LIKE  FIRSTORDER  TO CLOSE MY BALDWIN   AND GET MONEY TO PAY LOANS AND RETAIN  A LAWYER   SECOND   CONTINUANCE AS I GOT **STROKE DEC 13 , AND   WE DID NOT KNOW JUDGE IS CORRUPT WILL  DO MURDER TO ME  WILL NOT RULE  DID NOT MENTION   STILL HIDDING I FOUND HIS EVIL GUILTY  PREJURY  ILLEGAL HE CAN BE OFF THE BENCE RIGHT AWAY   I FOUND  IN JUNE 15 , 2022   PULLED** APRAT  INTO  7 PIECES   BRUTLY BY ONE CLERK I KNOW HER NAME SHE  TOLD ME SHE HAS DONE HER SIGS AN D  UNDER HI17 STAMP ADDEN CHEST PAIN STROK  ALL HIDDEN IN SIDE  NO CLUE I AM DEAD  ACCORDING TO JUDGE AND REGISTER OF ACTION   AND OUT SIDE IS  DEC  17 DEC  17 DEC 17 DEC 17 DEC 17DEC 17 D**EC N   *ANTIONQUE AVIST* HER STAMP**  WHO RIPPED MY DEC 13 EXPARTE  OF STROKE INTO 7 PARTS   UNDER THE COVER OF DEC 17 IN FAKE CASE  ONLY NOT IN REAL CASE    OF CHEST PAIN AND DR JAPRA HEART DOCTOR 'S LETTER ANGINA AND MORE TESTS ,WN  AND EACH DAY TO DIG TO DIG AS JDUGE CHATTERJEE WAS NOT GIVING ANY  COPIES  AS HE DID CULPRIT ACT CRIMINALACT  AFTER MAY 29,209 WHEN FOLLOWED FRAUDERS  9 OF THEM  DID NOT USE HIS OWN BRAIN AND AFTER TO TAKE MY  LIFE A
DEC 27 FILED   NO RULING
DEC 28 FILED TO BE HEARD  NO RULING

REGISTRATION OF ACTIONS DO NOT MATCH   IN BOTH CASE #  DIFFERENT  OR MISSING  AND WRONG DATES   OR NOT THERE  FOR V V IMPORTANT  EXPARTED OUT ALTOGETHER   THAT IS WINDOW CLERKS AND  SUPERVIOSR  WERE SO SO CONFUSED  WHY JUDGE STARTED NEW OTHER CASE  FAKE ONE AS WAS ONLY ONE CASE ALWAYS  THIS IS NOT GOOD  DONT MATCH  AND NOT RULED HIDDEN UNDER COVERS OF DIFFERNT  DATES CHANGED  NO RULINGS  ALL OF THOSE   NO COPIES ONLY JUDGE HAS IT KATHY SWEATT HAS THOSE   NOT GOOD  V BAD NEW S FOR U THEY WERE TELLING ME

WE HAVE GIVEN U ALL FILED AFTER MAY 29,2019  FRAUD  IN BOTH CASES  AND STILL  EXPARTES ARE NOT THERE  BECAUSE  JUDGE DID NOT RULE  DID NOT GIVE US BACK    ALL 30R 4 COPIES WIH JDUGE  FOR ALL NOV 27 , DEC 11 DEC 13,DEC 16 ,DEC 17 ,DEC 18 , DEC  19 DEC 20     NO COPIES NO RULINGS  AND  SORRY  INVESTIGATED  TWO WEEKS   WERE SHOCKED  WHY JDUGE DID NOT RULE   NOW SAME THING

WRONG ADDRESS  THIS WEEK SO THAT  I CANNOT FILE ON TIME AFTER DEATH GIVING GRAVEL WRONG FRADU FINAL ORDERS AND JUDGEN  WHY ADDED  FIRST 7 LINES   THAT ALL WAS DONE BY  JUDGE GARCIA  3 YERS BACK  SHE TOOK OUT OF STATE  FILING # OUT AND MADE IT IN STATE  FROM HF 17858281 WAS ONLY WRONG FILING SO LAWYER THEN FILED IN STATE CA  SUPPORT ORDER AS WE WERE LIVING FROM 2007 TO 2017 IN CA TOGETER AS ONLY HUSBAND AND WIFE HE MOVED HERE FOR ME AND WHAT ELSE

ON AUGUST  17  2020 9 AM  WAS GOING TO STAMP  9AM   WHEN I WAS TALKING TO SUPERVISOR JOYCE SHE SAID OK  AND WHAT CRIMINALACT BY JUDGE CHATTERJEE TO TAKE MY LFIE  IF SHE HAS MY 18 PAGES FROM HOSPITAL  STAPLES  SENT IT AND SHE SAID  JOYCE SHE GOT IT

ENDORSE  SHAME SHAME  SAND  4 EMAILS TO KATHY SWEATT  TO GET FROM M S JOYCE AND
SENDANYWAY PDF TO KATHY SWEATT DEPT 503 AND  DEPT 510 BOTH  TO GET CONTINUANCE AND   V V
SICK IN HOSPITAL 5 TIMES 8 MONTHS   IN HOSPITALS  STANFORD  MOSTLY AND JDUGE DID NOT SEE
BLIND  JUDGE OVER MY DEAD BODY  DID THE HEARING OF ALL MY  8EXPARTES WITHOUT ME IN
HOSPITAL  AND COULD NOT GIVE ME CONTINUANCE   HOW COME
AND WENT OVER MY DEADBODY AND DID IT WITHOUT ME  AND SAYING PETITIONER  IS NOT HERE
 AND NO NEED FOR NEW TRIAL  ALL THE TIME NO NEED NO NEED NEED IS FOR ME WHO IS ROBBED AND
HEART ATACKS AND IN CASCADE BLEEDING ALIVE DEAD  MADE DEAD  STABBED ME   ONE TIME IN MAY
ONE WINDOW CLERK GAVE ME ONE COPY OF 18PAGES MOTION MY MOTION HIDDEN  NOT STAMPED BY
MS JOYCE  AND  TEN  AFTER ONE MONTH FOUND  ONE COPLY ONE CLERK GAVE ME STAMPED  WITH
WRONG DATE NOT AUGUST  17, 2020  BUT AUGUST  26 OUT SIDE AND INSIDE  AUGUST  25  ALL WRONG
ALL PERJURY IN HIS HANDS ON AUGUST 17 , 2020 MY SICK 18 PAGES DUE TO HIS FALSE WRON DOING
 FINAL ORDERS  AND HERE HEIS HIDDING   OVER MY DEAD BODY   SAYING PETITIONER IS NOT HERE
NO SHAME   NO SHAME  HAVING 18 PAGES OF MY DOCTORS LETTERS  AND MY HOSPITAL PICTURES
PREJURY DONE BY CHATTERJEE     HE HAS GOT TOBE ARRESTED  AND OFF THE BENCH AND MY CASE
AND HE CANNOT PUT ME AGAIN IN HIS CASCADE  TO DIE  GOD SAVED ME COMMISSIONER  BISHAY
SAVED ME AND  SERGEANT NEILL SAVED ME  I WAS STILL BRETHING IN THE CASCADE     CHATTJE
THOUGHT DEAD  NO ONE WILL KNOW

NEVER RULED  HOW COME NEVER SAID PETITIONER IS V SICK  IN HOAPITAL      AND COULD GIVE
CONTINUAMCE    NO NO NONO NO HE DID NOT NOT WANTED ME TOBE IN THE CASCADE  STILL NO WAY
NEVER  HE HAS TO GO TOJAIL AND NO PAROLE WITH STALEY AND GANG DR BHANDRAI ALREADY IN JAIL
AND GRANT ANTHOOR  L=ALL OF  A SUDDEN  6 LAWYERS TO SPIN THE HEADMIDLEAD THE JUDGE
CHATTERJEE  IF JUDGE NIXON WAS THERE THEY COULD NOT MIDLEAD
JUDGE NIXON ORDERS  OF JUNE 7,2019 ARE CHANGED BY CHAD FINKE  SAYING GET APPRAISE AND
50/50   WERE ON JUNE 10 MINUTES BUT  CHATTERJEE MADE HIS OWN V SHORT DATED JUNE 12   SO
EACH THING HAS BEEN CHANGE TO FOOL  NEW JUDGES AND OUT OF REGISTERS ALTOGETER AS
AUGUST  19,,  MY  8 EXPARTES COMBINED  WERE THERE  AND  OUT OF THE REGISTERS  USING THE
CLERKS AND SUPERVISORS 2020 AND DEC 13  STROKE
MO  MONHN
AND PUT IS ASIDE  HAVING HIN HAND JUDGE CHATTERJEE AND KATHY  SWEATT AND PDF OF 18 PAGES
SICK IN HOSPITAL  ALL DOCTORS  SET ASIDE AND AS

**PED  AFTER 2 WEEKS   AND  WENT OVER MY HEAD AND WRONG ADDRESSES**
**I HAVE FEW HOURS TO LIVE  ,  3 YEARS IN CHATTERJEE CASCADE STABBED ME LEFT ME BLEEDING**
**ALIVE** IN HIS CHATTERJEE CASCADE TO **REGISTEROF ACTIONS  DONOT MATCH  CHANGED   AND
STAM**DIE  AS NO ONE WILL KNOW AS HE NEVER RULED ON MY STROKE SICKNESS AND HIDDEN TILL
TODAY WITH HIM  SINCE DEC  13 , 2019  NOW I FOUND ALL HIS  PERJURY AND WRONG DOINGS
CHANGING DATES OF FILINGS   COVERING UP TEAR APART AND HIS TRAINED CLERKS AND SPRVIOORS
AS I  TRIED  59 TIMES FROM JANUARY 2022  TO JUNE 20122 NOTHING  NOTHING NO COPIES   TRIED
THEIR V V BEST FOR ME TELLING ME GO HOME  LOOK AT UR LEGS FEET ELEVATE   WE WILL
HLEPU INVESTIGATE  THEN  TOLD  WITH JDUGE AND KATHY  SWEATT  ALL HIDDING JDUGE DID NOT EVEN
RULE   SHOCKING   AND JUDGE IS REQESTED BY ME AND MY LAWYER MS KAPOOR  EMAILED NO
RESPOSE  LIES  AND  WRONG FINAL ORDERS   WITHOUT MY PERMISSION  CHANGED MY DEEDS  HOW
COME I AM GRAVEL SICK ON DEC 13 ,2019  STROKE  AND DEC 14 ALL DAY MORE HEART TESTS IN
WASHINGON HOSP  AND EXPARTED IS FILED STILL AS TRIAL WAS ON MONDY THE DEC 16 FAKE TRIAL
WILL NOT  BELIEVE IT   WHAT I AM WRITING FOR 3 YEARS AND NOW SINCE JAN 2022   HAD NO CLUE MY
LAWYER WANTED TO  APPLY FOR NEW TRIAL OR SETTLE TAKE THESE WRONG FINAL ORDERS  AND DO
MY  50/50 AS IT WAS  ALWAYS BEFORE THE FARUD ON MAY 29,2019   JUST STICK OT IT  FORGET ALL WHAT
WRONG HAPPENED BYJUDGE NOW FIX IT AS  PETITIONRE IS GRAVEL SICK  JUDGE CHATTRJEE
THOUGHT IW ILL BE DEAD  NO ONE WILLKNOW  NOW IWILL SHOW U ALL REGISTER OF ACTIONS
CHANGED  NOTHING MATCHING MISSING WRONG DATEES MY LETTERS TOWRONG ADDRESS
PURPOSELY AND CHAD FINKE  AND  KATHY SSWEATT NO RESPOND HAVING MY PDF  OF 18 PAGES WITH
HER AND SO MANY EMAILS   WITH 18 PAGES FROM STAPLES  TO CHANGE THE DATE OF HEARING OF MY
9 EXPARTES  CONTINUANCE AND   7 DOCTORS LETTERS AND COPY OF MOTION SENT BY  SELF HELP V
NICE  AS COURT CLERKS WERE NOT GIVING  AS TRINED BY JUDGE CHTTEREJEE WHY MY ENEMY
FULLOF ANGER BISED   WHY  MY OWN HARD EARNED MONEY  IA MON BED RIDDEN WITH NURSE
COMING FROM STANFORD AND THEPERIAT COMING AND HEAD IS  DIZZY  LEGS OVER 5 PILLOWS  AS
BLOOD CLOT WARNIGN   7 TIMES IN HOSPITAL  AND  SUPERVISOR IS TALKING TO ME ON THE PHONE ON
MONDAY MORNING AUGUST 17 9 AM  MS JOYCE  V V NICELY  YES MS NARANG I HAVE  IN MY  HANDS  18
PAGES  COURT RECEIVED ON AUGUST 15 AND  WAS CLOSED SO NOW IAM GOING TO STAMP RIGHT NOW
I SEE UR SO MANY DOCTORS LETTERS  AND  YOUR IN HOSPITAL PICTRUES  WITH CELLULITES FOR 8
MONTHS  STROKES AS FINAL ORDERS ALL AGAINST U ALL OF  A SUDDEN  DEATH AND ON BED SINCE
THEN   DUE TO COVID NEVER HEARD NOW IA M GOING TO GIVE TO JDUE RIGHTNOW AND DONT WORRY
JUDGE WILL GIVE U CONTINUANCE  AS THIS IS COMBINDED O UR 8 EXPARED AFTER WRONG  FINAL
ORDERS  TAKING ALL 7 PROPERITIES AWAY  LEFT U WITH  $659 K LOANS DUE TO FRAUD BY 9

AM  2020 AND I COULD NOT EVEN GET UP  DR WROTE WILL BE ANOTHER 2-3 MONTHS BEFORE  MS
NARANG WILL BE ABLE TO  STAND UP  AND EVEN CRUTCHES  V HARD  AND BLOOD WAS NOT STILL NOT
FLOWING FROM LEGS FEET TO HEART  V V BLOOD CLOTING WARNING  5 TIMES STROKE ALREADY NO
MONEY NOMONEY
LOOKE WHAT CULPRIT PERJURY JUDGE CHATTERJEE WHO PUT ME ALIVE BLEEDING  IN HIS CASCADE
AND  ALL THE TIME  REQUSTING BY MY ALL DOCTOR  GIVE HER MONEY  TREATMENTS
SURGRIES CANNOT WAIT  LOSING HER BODY PARTS  ALL 19  CROWNS  TEETH ARE BROKEN  5 YEARS
NOTHING CAN BE FIXED NO ONE BITE IS LEFT   WHAT IS WRONG WITH THIS  JDUGE WHY TOOK MY
MONEY WHY GAVE WRONG DEATH GIVING  FINALORDERS  WHY WENT OVER  ANGEL  JDUGE  GARACIA
FOR  CHOR  CRIMINAL  STALEY


WHERE ARE MY 40 PACKAGES  FILED EXPARTES  IN REAL LIFE AND DEATH   NOT RULED  I WANT THE
COPIES ASAP WHY JUDGE IS NOT GIVING
HE CANNOT CLOSE MY CASENEVER HEARD MY CASE IS HF 17868366 JUNY 20 2017 TO JUNE 7 ,2019 ONLY
ONE CASE #  OTHER ONE IS FAKE WRONG  TO CONFUSE AS WAS FIXED CHANGED RIGHT AWAY FROM
OUT OF STATE IN STATE AND
AND $180K  HE STILL OWES ME WITH INTEREST  AS  I FORGAVE HIM  WAS FILED WRONG BYMS MITCHELL
AS WE WERE LIVING AS HUSBAND AND WIFE  SO WHY TO TAKE AND TOUCH THAT  THAT WAS SET ASIDE
 NEVER  SO THERE IS NO MISUNDERSTANDING AT ALL BOB EDWARDS IS SOSOOSOSHOCKED FOR ME AS
HE WAS MY LAWYER WHEN I DID NOT HAVE ANY LAWYER  AND HEIS NEAR MY HOME  AND V V ETHICAL
AND  HE IS SHOCKED   WHY CASE WAS NOT SETTLED IN  2018 THEN UNDER CCP36 (a)  why everyday to
hospitls and no money no helper having her own 7 properires  what is wrong with j chatterjee   not right to folllow the
frauders

it is v clear they lived as husband and wife since 2007 to 2017 and filed only one time  in ca  support from ca only
not roomate not made up perjury and perjury and being gravel sick  stroke on dec 13  is still mystry  my life and
death hidden and not RULED  HOW COME U CALL  HIM JUDGE OR STABBER  MURDER DOIN G  WHEERE IS
HE HIDDING MY 40 PACKAGES   I HAVE PAID $90  EACH EXPARTE     SHAME SHAME  PLEASE REQUEST
JUGE PULIDO  WHO KNOWS MY CASE AND WAS GOING TO DO  IN MAY JDUGE CHATTERJEE  WHO IS  TO
BE  IN JAIL  I NEEDMY MONEY RIGHT NOW  $2M  AS MY HUSBAND HADNEVER ANY  PROPLEM  AND TOLD
IN MY SIKH TEMPLE ON JUNE 8 , 2019 ONEDAY AFTER TRIAL ON NUNE 7  THAT MY NEPHEW LAWYER MR
STALEY IS V V V  V  GOOD WHO TRAINED ME FOR ALL THIS TO GET SICK  STOP THE TRIAL  AND GO TO NY
AND  PRETEND UR WIFE IS NOT UR WIFE AND LOTS OF LIES AND  TRANSFER MONEY TO BROTHER AND
DO SOME TRANSRACIONS  MY  HUSBND TOLD TO SIKH TEMPLE FRIEND S AND  PRIEST WHO WERE
SPITTIG ON HIM    NO SHAME  WHY  THIS EVIL JOB FOR 3 PROPERITES   WHY

NO SHAME NO RESPECT   NO IAM SORRY I DID ONLY FOR PROPERTIES AND  WILL MARRY HER NOW IN
THIS SIKH TEMPLE
DR BHANDRI  SENT ME TO ER AND PRETEND U HAD CHEST PAIN AND MY FRIEND GAUTOM PAREEK WILL
ADMIT U AND DR PRADEEP KUMAR WILL CHECK U OK UNCLE
 IS THIS FRAUDERS  FARUD BIGGEST FRAUD DONE IN US   HISTORY  US JUDICIAL DEPT OF JUSTICE DC
AND ANY OTHER
$20m  AND UL AND MAIZE 5M

MS NARANG  WILL BE ABLE TO

AND  NOV 27 EXPARTE FOR MY PROERTY WAS TO CLOSE ON NOV 28  TO PAY ALL LOANS AND LAWYER AS
ONE YEAR  RESPONDENT DID NOT SHOW UP IN COURTS  WITH JUDGE GARCIA  JUDGE IS NOT GOING TO
KILL ME ONE YEAR DR FRIEND DR BHANDARI BHUPINDER FAKE FALSE DR NOTES   AND HARRASSING ME
EACH HEARING DAY SINCE 4 AM  DONT GOI AM NOT GOING DR BHANDAI NOTE I GOT DONT GO

YOU ARE LETTING ME DIE DUE TO COVERING UP UR FRIEND WHO IS TAKING MYLIFE AND MONEY
CHOKING ME TO DEATH  U HAVE NO IDEA  WHY HE STARTED  FAKE CASE OF STALEY AND CHATTRJEE
NO WAY ALL ARE CULPRITS  DR BHANDARI  WAS CAUDGHT BY FBI ON SEPT 4, 2019 FOR $115 M FRAUD
 AND IS KICKED OUT OF WASHINGTON HOSPITAL  WHO MADE FAKE FALSE ADDMISISION ON JUNE 2 TO
STOP THE REAL TRAIL ON JUNE 7,2019  AND  GET AWAY WITH ALL  NONSENSE  BUT JUDGE SHOULD
KNOW   NOT  KEEP HIS EYES CLOSED AND KEEP ABUSING ME NO HEARING  LIKE  I AM  NONLIVING I AM
GRAVEL SICK SINCE  1974 IN US AND CANNOT LIVE IN COLD AND SNOW  STILL   MY HUSBAND FORCED
ME NEVER MOVED TO CA PER  14 DOCTORS  AS  I COULD NOT BREATH IN WINTER THERE NOV TO MAY
HAD TO MOVE OUT  BUT FOR MONEY  TO BE SENT TO INDIA   RESPONDENT BROTHER RAJINDER AND
WIFE NEELAM NARANG NEVER LET HIM MOVE OT CA  DOCTORS KEEP SENDIGN ME TO HAWAII  FOR
6MONTHS  OR TO CA  NOV DEC JAN THEN TO HAWAII  MARCH APRIL  U HAVE N IDEA  HOW  DID ALL
SACRIFICES AND HE TOOK TO ME MINNESOTA MINUS 20DEGREE  AND RUNNIED MY HEALTH TO WORST
 FROM 1976 - 1978 AND PROMISED AFTER THAT WILLMOVE TO CA NOT ALBANY, NY BUT AGAIN  STABBED
ME  WENT TO HIS BROTHER

Kamal Narang
4040 Malva Terrace
Fremont, CA 94536
510-401-7111
soldbykay@gmail.com

In Pro Per

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| **In re Matter of:** | Case No.: |
| **KAMAL NARANG,** | **COMPLAINT FOR FRAUD** |
| **Plaintiff,** | (Complaint Demand: $10,000,000) |
| **and** | $2950.000 |
| **AMARGIT NARANG, STALEY JOBSON, MARY ELIZABETH GRANT, MAIZE KELSEY, SWAPNA ANTHOOR, MARIA UHL, SUNAINA SABHARWAL, DR. BHUPINDER BHANDARI M.D., DR. PARDEEP KUMAR, DR. GAUTAM PREEK, and DOES 1-20,** | |
| **Defendants.** | |

Plaintiff alleges and complains as follows:

### PRELIMINARY ALLEGATIONS

1. I, Kamal Narang, Plaintiff in Pro Per, am an individual woman. I reside in Alameda County, CA.

2. Plaintiff is informed and believes that at all times mentioned herein. Defendant AMARJIT NARANG, is an individual.    $5,000,000  ω

3. Plaintiff is informed and believes that at all times mentioned herein. Defendant JOHN F. STALEY, is an individual.    $10,000,000  ω

4. Plaintiff is informed and believes that at all times mentioned herein, Defendant MARY ELIZABETH GRANT, is an individual.    $10,000,000  ω

5. Plaintiff is informed and believes that at all times mentioned herein. Defendant MAIZE KELSEY, is an individual.    $3,000,000  ω

6. Plaintiff is informed and believes that at all times mentioned herein, Defendant SWAPNA ANTHOOR, is an individual.    $10,000,000  ω

7. Plaintiff is informed and believes that at all times mentioned herein. Defendant MARIA UHL, is an individual.    $3,000,000  ω

8. Plaintiff is informed and believes that at all times mentioned herein. Defendant SUNAINA SABHARWAL, is an individual.    $5,000,000  ω

9. Plaintiff is informed and believes that at all times mentioned herein, Defendant DR. BHUPINDER BHANDARI M.D., is an individual.    $15,000,000  ω

10. Plaintiff is informed and believes that at all times mentioned herein, Defendant, DR. PARDEEP KUMAR, is an individual.    $5,000,000  ω

11. Plaintiff is informed and believes that at all times mentioned herein. Defendant DR. GAUTAM PREEK, is an individual.    $5,000,000  ω

Total  $71,000,000  ω

12. The true names and capacities of defendants DOES ONE through TWENTY are unknown to plaintiff, and plaintiff will seek leave of court to amend this complaint to allege such names and capacities as soon as they are ascertained.

VENUE

13. This court is NOT the proper court because  THIS JUDGE IS NOT RULING ON ANY OF MY EMERGENCY  Ex Partes. FILED  EVEN ABOUTING LOSING OF MY PROEPRTY OR STROKE AND EVEN HEATATTACK ALL IS HIDDEN WITH THE JUDGE AND NOT SHOWING IN THE REGISTER OF ACTIONS

**FIRST CAUSE OF ACTION FOR FRAUD BY PLAINTIFF AGAINST ALL
DEFENDANTS and DOES 1-20 ("DEFENDANTS")**

14. I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

15. We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

16. We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

17. Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my

Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

18. So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

19. I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

20. So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then

he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

21. Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

22. So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

23. After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

---

**COMPLAINT FOR FRAUD**
5

24. They plotted all this to stop the trial.

25. Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

26. Husband went to New York and stayed until September 2019.

27. On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

28. They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

29. It was over before Judge Garcia taken care of everything.

30. As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

31. So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

32. On June 7, 2019 the Family Law Case was originally set for Trial. It was eventually heard for trial in December 2019. Before and during the Trial Defendant Amarjit Narang

conspired with the other Defendants in this manner to defraud me out of multiple properties.

33. On December 24, 2019, a Judgment was entered in the Family Law Case in favor of Defendant Amarjit Narang awarding him multiple properties that should have been divided 50/50 between him and I.

34. Defendants' Amarjit Narang and Dr. Bhupinder Bhandari, M.D. and others conspired to produce face medical documents in the Family Law Case in order to continue and delay the hearing and put Defendant Amarjit Narang in to frustrate the legal process and cause me to incur more legal fees and put me in a disadvantage.

35. Defendant, Mary Uhl, Paralegal in the Anthoor Law Group, furthered the fraud by emailing the fraudulent medical documents to the Alameda County Superior Court for Judicial review in the Family Law Case.

36. The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

37. When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

38. Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

    a. Emotional distress

    b. Health - Stress that led to stroke

    c. Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

**SECOND CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

39. I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda

County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

40. We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

41. We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

42. Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case

number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

43. So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

44. I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

45. So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

46. Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

47. So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends

were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

48. After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

49. They plotted all this to stop the trial.

50. Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case

and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

51. Husband went to New York and stayed until September 2019.

52. On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

53. They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

54. It was over before Judge Garcia taken care of everything.

55. As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

56. So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

57. Defendants' Amarjit Narang and Dr. Gautam Preek (Preek) and others conspired to produce face medical documents in the Family Law Case in order to continue and delay the hearing and put Defendant Amarjit Narang in to frustrate the legal process and cause me to incur more legal fees and put me in a disadvantage.

58. I was told by Defendant, Dr. Bhupinder Bhandari M.D. (Bhandari) that Defendant, Preek was an Emergency room doctor in 2019, and that Defendant, A. Narang, was

directed by Bhandari to Preek to pretend he had chest pain in order to get admitted and delay the start of the Family Law Case trial that was about to get started.

59. On or about June 2, 2019, A Narang was admitted by Preek to the hospital from fake chest pains. A. Narang was sent home June 4, 2019 and cleared to fly by June 8, 2019.

60. Preek, acting on behalf of A. Narang provided fraudulent medical docs that helped to sway the judge to grant a continuance. Preek and Narang conspired together to have A. Narang admitted to the hospital.

61. The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

62. When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

63. Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

    a.   Emotional distress

    b.   Health - Stress that led to stroke

    c.   Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

**THIRD CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

64. I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case

because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

65. We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

66. We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

67. Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you

COMPLAINT FOR FRAUD
13

have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

68. So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

69. I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

70. So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

71. Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

72. So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my

brothers, so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

73. After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

74. They plotted all this to stop the trial.

75. Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

76. Husband went to New York and stayed until September 2019.

77. On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed

the minutes and made different minutes on June 12th and there was no 50/50 division done.

78. They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

79. It was over before Judge Garcia taken care of everything.

80. As my husband calied his employer in 2007 he retired and made me beneficiary and married wife.

81. So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

82. On June 7, 2019 the Family Law Case was originally set for Trial. It was eventually heard for trial in December 2019. Before and during the Trial Defendant Amarjit Narang conspired with the other Defendants in this manner to defraud me out of multiple properties.

83. On or about June 3, 2019, Defendant, Dr. Pardeep Kumar wrote a fraudulent doctors note for unsubstantiated heart condition for A. Narang. This note covered the time period for the start of our trial.

84. The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

85. When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

86. Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

a.  Emotional distress

b.  Health - Stress that led to stroke

c.  Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

**FOURTH CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

87. I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

88. We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

89. We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

90. Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being

master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

91. So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

92. I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or

binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

93. So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

94. Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

95. So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

96. After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the

lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

97. They plotted all this to stop the trial.

98. Dr. Bhandari  calied me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

99. Husband went to New York and stayed until September 2019.

100.    On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

101.    They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

102.    It was over before Judge Garcia taken care of everything.

103.    As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

104.    So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge

Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

105.     On June 7, 2019 the Family Law Case was originally set for Trial. It was eventually heard for trial in December 2019. Before and during the Trial Defendant Amarjit Narang conspired with the other Defendants in this manner to defraud me out of multiple properties.

106.     Defendant A. Narang, conspired with all the Defendants both known and unknown in order to defraud me out of my community property in the Family Law Case.

107.     The nature and scope of involvement of Defendant and of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

108.     When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

109.     Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

    a.   Emotional distress

    b.   Health - Stress that led to stroke

    c.   Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

**FIFTH CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

110.     I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the

trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

111.    We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

112.    We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

113.    Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness.

Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

114.     So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

115.     I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

116.     So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

117.     Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

118.     So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends

were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my brothers. so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

119.     After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

120.     They plotted all this to stop the trial.

121.     Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not

1    to do my case and take my husbands and gave her same day appointment for 5 hours.

2    The she joined them and charged me for meeting with them.

3    122.    Husband went to New York and stayed until September 2019.

4    123.    On June 7, 2019, Judge Nixon was there for the first day of trial as the trial

5    Judge. My husband did show up for the Court. Judge gave order to appraise all 6

6    properties and 50/50. He made the minutes and they were on June 10th. But Judge

7    Chaterjee changed the minutes and made different minutes on June 12th and there was

8    no 50/50 division done.

9    124.    They carried on this fake case number seven months and everyday new episode

10    bringing the New York case that was never the issue.

11    125.    It was over before Judge Garcia taken care of everything.

12    126.    As my husband called his employer in 2007 he retired and made me beneficiary

13    and married wife.

14    127.    So, we were married and never separated, and all this case and seven months

15    fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never

16    complied, and this fake case was started which was never used before HF17858281.

17    This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge

18    Chaterjee did not know anything about this case. I was shocked why my trial stopped. It

19    stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon

20    moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge

21    Chaterjee became the trial Judge.

22    128.    On June 7, 2019 the Family Law Case was originally set for Trial. It was

23    eventually heard for trial in December 2019. Before and during the Trial Defendant

24    Amarjit Narang conspired with the other Defendants in this manner to defraud me out of

25    multiple properties.

26    129.    Defendants' Amarjit Narang and Dr. Bhupinder Bhandari, M.D. and others

27    conspired to produce face medical documents in the Family Law Case in order to

28

**COMPLAINT FOR FRAUD**
25

continue and delay the hearing and put Defendant Amarjit Narang in to frustrate the legal process and cause me to incur more legal fees and put me in a disadvantage.

130.    The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

131.    When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

132.    Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

    d.  Emotional distress

    e.  Health - Stress that led to stroke

    f.  Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

**SIXTH CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

133.    I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number

which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

134.    We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

135.    We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

136.    Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr.

1    Bhandari is my friend, he can help me to stop the trial and put me in the hospital one
2    day with fake sickness to stop the trial.

3    137.    So, they plotted this fraud to stop the trial and they had three doctors. Dr.
4    Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and
5    stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband
6    Uncle because he is older than him. They plotted this one month back. One of my
7    friends told me they are going to do something very fishy and very bad, and they are
8    not coming to the Court for the trial.

9    138.    I overheard Defendant Anthoor talking to somebody and stated we are not going
10    to the Court June 7, 2019 and we have different plans. She never made trial exhibits or
11    binders which is supposed to be exchanged five working days of the Court. So, all was
12    very fishy what was going on.

13    139.    So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital
14    Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you
15    have chest pain so then he will admit you with my orders. He told me the same too. He
16    said Aunty, if you do not take the case out of the Court, I will keep doing this and
17    Judge cannot do anything.

18    140.    Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him.
19    They gave him a follow up letter to follow up.

20    141.    So, on the 7th the trial date he stayed home and pretending he is sick, but he was
21    not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and
22    not sick, moving around doing the praise by himself. Talking to our friends, our
23    friends were not talking to him, They said what kind of person you are shame on you.
24    You are married 55 years and what are you doing. My husband said I am sorry I know;
25    I have lovely wife and I never wanted to do this, I came here from New York for her,
26    and my nephew's attorney is very very good, he told me and trained he can get me all
27    of the properties. He trained me to stop the trial and go to New York and to transfer
28    the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson,

**COMPLAINT FOR FRAUD**
28

he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

142.    After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

143.    They plotted all this to stop the trial.

144.    Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

145.    Husband went to New York and stayed until September 2019.

146.    On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge

Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

147.    They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

148.    It was over before Judge Garcia taken care of everything.

149.    As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

150.    So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

151.    On June 7, 2019 the Family Law Case was originally set for Trial. It was eventually heard for trial in December 2019. Before and during the Trial Defendant Amarjit Narang conspired with the other Defendants in this manner to defraud me out of multiple properties.

152.    Defendant, Sunaina Sabharwal (Sabharwal), My former attorney in the Family Law Case. Conspired with the other Defendants in order to defraud me out of my community property.

153.    Sabharwal conspired with and took bribes from Defendants Bhandari and A. Narang in order to defraud me.

154.    Sabharwal helped to orchestrate A. Narwal's legal team in order to maximize a financial gain for herself.

155.    Sabharwal and Defendant, Swapna Anthoor (Anthoor), conspired together to help further and perpetuate the fraud of A. Narang.

156.     The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

157.     When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

158.     Because of Defendants' actions and conduct described herein, I was damaged in the following ways:

    g.   Emotional distress

    h.   Health - Stress that led to stroke

    i.   Financial - Loss of my 50% interest in at least 7 Real Estate properties and other community property to be determined.

## SEVENTH CAUSE OF ACTION FOR FRAUD and DOES 1-20
## ("DEFENDANTS")

159.     I was married to Defendant Amarjit Narang for over 51 years. We separated and a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017 for Support and was given the Case no. HF17858281. It should have been filed in state and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia. She gave a new case number, and the Petition for Legal Separation was filed in Alameda County Superior Court on July 20, 2017 and given Case no. HF17868366 through the trial date June 7, 2019. There was only one case through June 7, 2019, because we were living in California as Husband and Wife, married couple. 2007 through 2017 we lived together as Husband and Wife, married only and we bought properties together. My Husband never even mentioned we ever had 2 months separation or Ney York case because we forgot that, and we cancelled that and reconciled. In each of his declarations with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband always says we are married always 50/50. had nothing to do with the other case number which was misfiled as out of state. The cases were later consolidated (HEREINAFTER "Family Law Case").

160.    We were ready for the trial on June 7, 2019. Me and my attorney, Dennis O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because there were false leases.

161.    We had seven properties and four rental properties. Two were with his nephew, Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

162.    Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari  for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari  and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari  is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

163.   So, they plotted this fraud to stop the trial and they had three doctors. Dr.
Bhandari told my husband, Uncle, do not worry if you do not want to go to trial and
stop the trial, I will help you. Dr. Bhandari is a family friend and calls my Husband
Uncle because he is older than him. They plotted this one month back. One of my
friends told me they are going to do something very fishy and very bad, and they are
not coming to the Court for the trial.

164.   I overheard Defendant Anthoor talking to somebody and stated we are not going
to the Court June 7, 2019 and we have different plans. She never made trial exhibits or
binders which is supposed to be exchanged five working days of the Court. So, all was
very fishy what was going on.

165.   So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital
Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you
have chest pain so then he will admit you with my orders. He told me the same too. He
said Aunty, if you do not take the case out of the Court, I will keep doing this and
Judge cannot do anything.

166.   Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him.
They gave him a follow up letter to follow up.

167.   So, on the 7th the trial date he stayed home and pretending he is sick, but he was
not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and
not sick, moving around doing the praise by himself. Talking to our friends, our
friends were not talking to him, They said what kind of person you are shame on you.
You are married 55 years and what are you doing. My husband said I am sorry I know;
I have lovely wife and I never wanted to do this, I came here from New York for her,
and my nephew's attorney is very very good, he told me and trained he can get me all
of the properties. He trained me to stop the trial and go to New York and to transfer
the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson,
he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in
the hospital. Now I am going to New York for 3-4 months to do the money transfers as

Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

168.    After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

169.    They plotted all this to stop the trial.

170.    Dr. Bhandari called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

171.    Husband went to New York and stayed until September 2019.

172.    On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

173.     They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

174.     It was over before Judge Garcia taken care of everything.

175.     As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

176.     So, we were married and never separated, and all this case and seven months fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never complied, and this fake case was started which was never used before HF17858281. This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge Chaterjee did not know anything about this case. I was shocked why my trial stopped. It stopped because I was waiting for my money and my surgeries on hold. So Judge Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place. Judge Chaterjee became the trial Judge.

177.     On June 7, 2019 the Family Law Case was originally set for Trial. It was eventually heard for trial in December 2019. Before and during the Trial Defendant Amarjit Narang conspired with the other Defendants in this manner to defraud me out of multiple properties.

178.     Mary Grant joined with Staley Jobson and told A. Narang sometime on or around May 2019 that in order to keep all of the community property real estate he needed to have the trial postponed.

179.     Defendants Mary Grant, Maize Kelsey and Staley Jobson produced false documents that stated we were not married and made other false statements to the Court in the Family Law Case.

180.     The nature of involvement of the other Defendants for this cause of action is currently unknown and will be ascertained during the course and scope of these proceedings.

181.     When Defendants made the actions and conduct described herein, Defendants knew their actions were fraud.

182.     Because of Defendants' actions and conduct described herein, I was damaged in
the following ways:

    j.   Emotional distress

    k.   Health - Stress that led to stroke

    l.   Financial - Loss of my 50% interest in at least 7 Real Estate properties and other
       community property to be determined.

**EIGHTH CAUSE OF ACTION FOR FRAUD and DOES 1-20 ("DEFENDANTS")**

183.     I was married to Defendant Amarjit Narang for over 51 years. We separated and
a wrong legal action was filed in the Alameda County Superior Court on April 27, 2017
for Support and was given the Case no. HF17858281. It should have been filed in state
and it was corrected right away. From April 27, 2017 my Judge was Judge Lupe Garcia.
She gave a new case number, and the Petition for Legal Separation was filed in Alameda
County Superior Court on July 20, 2017 and given Case no. HF17868366 through the
trial date June 7, 2019. There was only one case through June 7, 2019, because we were
living in California as Husband and Wife, married couple. 2007 through 2017 we lived
together as Husband and Wife, married only and we bought properties together. My
Husband never even mentioned we ever had 2 months separation or Ney York case
because we forgot that, and we cancelled that and reconciled. In each of his declarations
with the Court from April 207, 2017 until June 7, 2019 we never had this issue, Husband
always says we are married always 50/50. had nothing to do with the other case number
which was misfiled as out of state. The cases were later consolidated (HEREINAFTER
"Family Law Case").

184.     We were ready for the trial on June 7, 2019. Me and my attorney, Dennis
O'Neill. We made 154 Exhibits and three big binders. A lot of subpoenas because
there were false leases.

185.     We had seven properties and four rental properties. Two were with his nephew,
Harmeet Narang, who lives out of state. Mr. O'Neill sent him a joinder.

186.    Mr. Steely Jobson from California was to at the trial time of June 7, 10 and 11th, 2019 to represent Harmeet for trial. There was big fraud right in the trial room. One hundred pages Ex Parte was filed for fake sickness. Mr. Steely Jobson did biggest fraud being master frauder in the history of the United States to mislead the Judges. He joined with him six more attorneys and three doctors. These nine people were not in my case. Only Swapna and Anthoor was the only one. She also joined after 16 months, then my Husband was put on Contempt. From April 2017 through April 25, 2018 my Husband did not show up in the Court. He was sending fake sick notes from his friend doctor Dr. Bhandari  for fake sickness to the Court. My husband was harassing me every Court date and telling me not to go to the Court dates. He said he was not going and that If I go, I will be wasting my time and money. He said I have note from Dr. Bhandari  and I am not going. He filed one hundred pages ex parte right in the trial chambers saying he is very sick, and he may die today. Defendant's Anthoor and Uhl used the wrong case number sending emails over and over to the trial judge to stop the trial for fake sickness. Because Defendant Steely talked to my Husband and he will train him and he can get him all of the properties, but you have to tell a lot of lies. And first of all you must stop the trial right away and I need 3-4 months' time to get all of this done as you have to got to your brother in New York and do a lot of money transfers and transactions and you have to tell a lot of lies to pretend like your wife is not your wife but she is your roommate. My husband said no problem, Mr. Steely, Dr. Bhandari  is my friend, he can help me to stop the trial and put me in the hospital one day with fake sickness to stop the trial.

187.    So, they plotted this fraud to stop the trial and they had three doctors. Dr. Bhandari  told my husband, Uncle, do not worry if you do not want to go to trial and stop the trial, I will help you. Dr. Bhandari  is a family friend and calls my Husband Uncle because he is older than him. They plotted this one month back. One of my friends told me they are going to do something very fishy and very bad, and they are not coming to the Court for the trial.

188.     I overheard Defendant Anthoor talking to somebody and stated we are not going to the Court June 7, 2019 and we have different plans. She never made trial exhibits or binders which is supposed to be exchanged five working days of the Court. So, all was very fishy what was going on.

189.     So, Dr. Bhandari told my Husband, Uncle go to Washington Hospital Emergency Room "ER" and my friend Dr. Preek will be there, and you pretend you have chest pain so then he will admit you with my orders. He told me the same too. He said Aunty, if you do not take the case out of the Court, I will keep doing this and Judge cannot do anything.

190.     Dr. Preek admitted him, and one other friend of Dr. Bhandari checked him. They gave him a follow up letter to follow up.

191.     So, on the 7th the trial date he stayed home and pretending he is sick, but he was not sick as on June 8th morning he was Sikh temple (our church). He was 100% ok and not sick, moving around doing the praise by himself. Talking to our friends, our friends were not talking to him, They said what kind of person you are shame on you. You are married 55 years and what are you doing. My husband said I am sorry I know; I have lovely wife and I never wanted to do this, I came here from New York for her, and my nephew's attorney is very very good, he told me and trained he can get me all of the properties. He trained me to stop the trial and go to New York and to transfer the properties to my brothers, so I am going today. My nephew's attorney, Mr. Jobson, he trained me he told me to stop the trial and Dr. Bhandari helped me to admit me in the hospital. Now I am going to New York for 3-4 months to do the money transfers as Mr. Steely told me to. I love my wife; we will live together I will bring her home. I will marry right here in Sikh temple. My husband was talking to the priest and all other close friends, I will marry here, and she is my lovely wife, this is only for the properties Mr. Jobson told me. Mr. Jobson pretend like your wife is not your wife, but she is your roommate.

192.    After church, My husband went to my friend's house, Raj Chaudhairy, who is my lifesaver for over 20 years, whenever I dislocate my shoulder, so I stay with her for 6 months free. And she is given me money every month whenever I need for the lawyers, and I told her when my case is over in June, I will pay her back. She was witness in my case. My husband wrote one letter and told her to sign behind my back. He told her if she signs, she does not have to go to Court and to be a witness because she is in wheelchair. He tried to bribe her. Then my friend told me then I told her lets call him about signing and why he is doing like that. When she called, he was in New York with my brother and will be back in 3-4months.

193.    They plotted all this to stop the trial.

194.    Dr. Bhandari  called me June 9th at 9am on my cell because he is a common friend. He says see what I have done, I have stopped the trial and Judge cannot do anything. I will keep giving him doctors notes if you do not take the case out of trial. Dr. Bhandari  came to the Court to meet my attorney Sabharwal to bribe her and told her not to do my case and take my husbands and gave her same day appointment for 5 hours. The she joined them and charged me for meeting with them.

195.    Husband went to New York and stayed until September 2019.

196.    On June 7, 2019, Judge Nixon was there for the first day of trial as the trial Judge. My husband did show up for the Court. Judge gave order to appraise all 6 properties and 50/50. He made the minutes and they were on June 10th. But Judge Chaterjee changed the minutes and made different minutes on June 12th and there was no 50/50 division done.

197.    They carried on this fake case number seven months and everyday new episode bringing the New York case that was never the issue.

198.    It was over before Judge Garcia taken care of everything.

199.    As my husband called his employer in 2007 he retired and made me beneficiary and married wife.

---

**COMPLAINT FOR FRAUD**
39

200.     So, we were married and never separated, and all this case and seven months
fraud wasted the Courts time. Judge Garcia and Judge Nixon's orders were never
complied, and this fake case was started which was never used before HF17858281.
This case is fake case. Fraud by Jobson. Why did Judge carry on with this one, Judge
Chaterjee did not know anything about this case. I was shocked why my trial stopped.
It stopped because I was waiting for my money and my surgeries on hold. So Judge
Nixon moved after the trial date June 7, 2019 and Judge Chaterjee took his place.
Judge Chaterjee became the trial Judge.

201.     On June 7, 2019 the Family Law Case was originally set for Trial. It was
eventually heard for trial in December 2019. Before and during the Trial Defendant
Amarjit Narang conspired with the other Defendants in this manner to defraud me out
of multiple properties.

202.     Defendant, Swapna Anthoor, produced false documents that stated we were not
married and made other false statements to the Court in the Family Law Case.

203.     The nature of involvement of the other Defendants for this cause of action is
currently unknown and will be ascertained during the course and scope of these
proceedings.

204.     When Defendants made the actions and conduct described herein, Defendants
knew their actions were fraud.

205.     Because of Defendants' actions and conduct described herein, I was damaged in
the following ways:

    m. Emotional distress

    n. Health - Stress that led to stroke

    o. Financial - Loss of my 50% interest in at least 7 Real Estate properties and other
       community property to be determined.

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as
follows:

## FIRST CAUSE OF ACTION

1      1.  For damages in the amount of $500,000;

2                             **SECOND CAUSE OF ACTION**

3      2.  For damages in the amount of $1,000,000;

4                             **THIRD CAUSE OF ACTION**

5      3.  For damages in the amount of $1,000,000;

6                             **FOURTH CAUSE OF ACTION**

7      4.  For damages in the amount of $3,000,000;

8                             **FIFTH CAUSE OF ACTION**

9      5.  For damages in the amount of $2,000,000;

10                            **SIXTH CAUSE OF ACTION**

11     6.  For damages in the amount of $500,000;

12                            **SEVENTH CAUSE OF ACTION**

13     7.  For damages in the amount of $1,000,000; and

14                            **EIGHTH CAUSE OF ACTION**

15     8.  For damages in the amount of $1,000,000.

16                            **ALL CAUSES OF ACTION**

17     9.  For cost of suit incurred herein; and

18     10. Any other and further relief the court may deem just and proper.

19

20      DATED:

21      OcT 26. 2022

22                            *Kamal Narang*

23                            KAMAL NARANG

24

25

26

27

28

## VERIFICATION

I am the Plaintiff in this action. I have read the above COMPLAINT FOR FRAUD and know its contents. The matters stated in the answer are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

I *declare* under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated   Oct 26, 2022


Kamal Narang

KAMAL NARANG